# EXHIBIT 6

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 8:00:00 AM
CHRISTOPHER A. PRINE
Clerk

## Debra Holloway

**From:** Judith Kulhanek <k-judy@sbcglobal.net>
**Sent:** Friday, November 06, 2015 12:01 PM
**To:** Debra Holloway
**Subject:** Syrian-America vs. Pecten

Patricia Palmer is at 713-256-9940. Apparently Patricia has already filed Vol. 16. Her e-mail is fantaeja@Hotmail.com. I have Vol. 15.

The note I received from COA also included a Ramona Gonzalez at csramona@sbcglobal.net. I don't know anything about her part since I'm not the official.

You might need to get in touch with MyThuy (MeeTee) for an update.

Judith J. Kulhanek

# JUDITH J. KULHANEK
## Certified Shorthand Reporter
P. O. Box 1633
Waller, TX 77484

**PH: (713) 681-6071**                                         Fax Number:  Call first



## FACSIMILE TRANSMITTAL

TO:  Ms. Debi C. Holloway                    FAX #:  713-652-3057

COMPANY:  SHIPLEY SNELL MONTGOMERY, LLP

FROM:  Judith J. Kulhanek                    TOTAL NUMBER OF PAGES SENT: 3

DATE:  November 6, 2015

REMARKS:

RE:  No. 2007-67830 - SHRIAN-AMERICA OIL CORP. vs. PECTEN ORIENT CO.
190th District Court, Harris County, TX

Dear Ms. Holloway:

Attached please find my invoice covering Vol. 15 of the statement of facts in the above-entitled and numbered cause.

I have also attached a W-9 for your records.

If you have any questions, please call.

Thanks,

Judith J. Kulhanek

NOTE:  This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged and confidential.  If you have received this communication in error, please notify us immediately by telephone and return these papers to us at the above address.

# INVOICE

## JUDITH J. KULHANEK

*Certified Shorthand Reporter*
P. O. Box 1633
Waller, Texas 77484

(713) 515-0221
k-judy@sbcglobal.net

**No.**

| INVOICE DATE | November 6, 2015 |
|---|---|
| CUSTOMER'S ORDER NO. | ecten-1 |

| SOLD TO: | SHIP TO: | Phone: | 713-490-3829 |
|---|---|---|---|
| Ms. Debi C. Holloway | | Fax: | 713-652-3057 |
| SHIPLEY SNELL MONTGOMERY, LLP | | | |
| 712 Main Street, Suite 1400 | | | |
| Houston, TX 77002 | | | |

| SALESPERSON | SHIPPED VIA e-mail | TERMS upon receipt | F.O.B. |
|---|---|---|---|

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | RE: No. 2007-67830 - SYRIAN-AMERICAN OIL CORP. vs. PECTEN ORIENT CO. 190th District Court, Harris County, TX | | |
| O&1 | | Jury questions during deliberations | | |
| | | TOTAL DUE: | | $ 100.00 |

**THANK YOU!!**

adams 872

INVOICE